UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| STEPHEN W STRATTON | Case No. 09-04555-PHX SSC |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

     S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2011 | 07/22/2010 | GEICO<br>PO Box 23356<br>Pittsburgh, PA 15222 | $62.38 |

     The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $62.38 to the Clerk of the Court to be deposited in the Registry thereof.

| November 18, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |